1   **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF ARIZONA

9

10   Reynard Gordon,                           )
                                               )
11              Petitioner,                     )
                                               )     No. CIV 18-030-TUC-CKJ (JR)
12   vs.                                        )
                                               )
     Kenneth Bradshaw, *et al.*,                )          **ORDER**
13                                             )
                Respondents.                    )
14   _____       )

15         On July 30, 2021, a July 25, 2021, document submitted by Reynard Gordon

16   ("Gordon") was docketed.  This document appears to be correspondence directed to the Clerk

17   of Court and states it is regarding "Letter Rogatory – 'Abandoned Paperwork' – Notice of

18   Electronic Filing and 'Order" Account No: CIV 18-030-TUC-CKJ (JR)[.]" July 25, 2021

19   Document (Doc. 45, p. 1).

20         Gordon is advised it is improper for a party to communicate directly with court

21   personnel.  Indeed, mailing a letter to the Clerk of Court, the judge, or any court personnel

22   may be considered improper.  *Higuera v. City of Glendale*, No. CV1905554PHXMTLJZB,

23   2020 WL 1873476, at *6 (D. Ariz. Apr. 15, 2020).  "Any request for action by the Court

24   must be in the form of a motion that complies with the Rules of Practice of the United States

25   District Court for the District of Arizona (the Local Rules)."  *Id*.

26         Additionally, " a letter rogatory is 'a formal written request sent by a court to a foreign

27   court' for the purpose of obtaining evidence, including depositions and documents, in a

28   pending action."  *Scalia v. Int'l Longshore & Warehouse Union*, 337 F.R.D. 281, 287 (N.D.

1   Cal. 2020).  There is no information in the document indicating this document is a letter

2   rogatory issued by a court.  Moreover, the document appears to request the Clerk of Court:

3   > close all accounts immediatelly [sic] and forward all accounts, interest, all proceeds, "bonds", bills of exchange, credit, all financial documents (CAFR, CUSIP,

4   > AUTOTRIS, etc[.]) and attachments, interest financial return with standard commercial compound interest at the rate – 16%: past and present, that means

5   > everything associated with said account.

6   July 25, 2021 Document (Doc. 45, pp. 4-5).  The July 25, 2021, Document appears to request

7   a check be sent to "Gordon, Reynard Estate, Executor Office, Nation Arizona[,]" as a

8   "priority creditor[,]" in care of a corrections officer in Douglas, Arizona.  (*Id*. pp. 1, 5).

9        The assertions contained within the July 25, 2021, Document appear to be variants of

10  "sovereign citizen" arguments which courts have "uniformly rejected" based on "the

11  sovereign citizen ideology as frivolous, irrational, or unintelligible."  *Mackey v. Bureau of*

12  *Prisons*, No. 1:15-CV-1934-LJO-BAM, 2016 WL 3254037, at *1 (E.D. Cal. June 14, 2016),

13  *citation omitted*; *see also Massey v. United States*, No. CR B:14-876-1, 2017 WL 7790110,

14  at *4 (S.D. Tex. Dec. 7, 2017), report and recommendation adopted, No. CR B-14-876-1,

15  2018 WL 1027439 (S.D. Tex. Feb. 21, 2018) (collecting cases by six Courts of Appeals).

16  Indeed, "[t]he Ninth Circuit has rejected arguments premised on the ideology as 'utterly

17  meritless.'"  *Mackey*, 2016 WL 3254037, at *1.

18       Accordingly, IT IS ORDERED to the extent Gordon requests any relief in the July 25,

19  2021 Document (Doc. 45) it is DENIED.

20       DATED this 3rd day of August, 2021.

21

22

23  _____
    Cindy K. Jorgenson
    United States District Judge

24

25

26

27

28                               - 2 -